IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 3:19mj 87 |
| WILLIE B. GREEN, JR., | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, WILLIE B. GREEN, JR., was on Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, in the Eastern District of Virginia.

2. Hunter Holmes McGuire Veterans Administration Medical Center is property administered by the Department of Veterans Affairs and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about March 29, 2019, in the Eastern District of Virginia at Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, property administered by the Department of Veterans Affairs, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, WILLIE B. GREEN, JR., did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a)).

## COUNT TWO
(Citation No. 7702985)

On or about March 29, 2019, in the Eastern District of Virginia at Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, property administered by the Department of Veterans Affairs, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, WILLIE B. GREEN, JR., knowingly and without authorization introduced onto Veterans Administration-controlled property a controlled substance, to wit, marijuana, a Schedule I controlled substance.

(In violation of Title 38, Code of Federal Regulations, Section 1.218(b)(18)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *[signature]*
Kenneth R. Simon, Jr.
Assistant United States Attorney